JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No. 2:21-cv-00825-RSWL-KESx |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION** |
| v. | FRCP 41(a)(1)(A)(ii) |
| KERRY N. KRULL-MEADOWS, an individual; and DOES 1-10 inclusive, | |
| Defendants. | |

After consideration of the Stipulation for Dismissal of the entire action filed by Plaintiff Anthony Bouyer ("Plaintiff") and Kerry N. Krull-Meadows ("Defendant"), the Court hereby enters a dismissal as follows:

As to Plaintiff's claim for injunctive relief under the Americans with Disabilities Act, the California Unruh Civil Rights Act, or any other law of similar

1

effect, dismissal with prejudice. The foregoing dismissal shall bar Plaintiff from prosecuting any claim for injunctive relief arising out of or related to the claims set forth in the complaint.

As to Plaintiff's second claim for relief under the California Unruh Civil Rights Act for damages, dismissal without prejudice.

Each party shall bear his or her own attorneys' fees, expert fees, and costs.

IT IS SO ORDERED.

DATED: September 16, 2022

                             */S/ RONALD S.W. LEW*
                             UNITED STATES DISTRICT JUDGE